236 So.2d 36

**FRANKS PETROLEUM**

v.

**Dr. S. F. MARTIN et al.**

No. 50618.

June 8, 1970.

Not considered. Not timely filed.

236 So.2d 36

**STATE of Louisiana**

v.

**Royan BURRIS.**

No. 50628.

June 8, 1970.

Application denied. The showing made does not warrant the relief sought.